IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

KARI C. WOODELL,

    Plaintiff,

    v.

SUNRISE MEDICAL SOLUTIONS, INC., et al.,

    Defendants.

CIVIL ACTION FILE
NO. 1:18-CV-5245-TWT

## ORDER

This is an FLSA action. It is before the Court on the Defendant Adkins' Motion to Dismiss [Doc. 27] which is DENIED for the reasons set forth in the Plaintiff's Response. The Plaintiff's Motion for Extension of Time to Serve Defendant May [Doc. 33] is GRANTED.

SO ORDERED, this 1 day of July, 2019.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge

T:\ORDERS\18\Woodell\dismiss.docx